FILED '09 OCT 13 13:10 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS FREDERICK, )
)
       Plaintiff, )
) Civil No. 08-6094-TC
  v. )
) ORDER
MICHAEL J. ASTRUE, Commissioner)
of Social Security, )
)
       Defendant. )
)

    Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 26, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

2    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's motion for remand (#36) for further proceedings is denied. The Commissioner's decision is reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g) for the calculation and award of benefits.

DATED this _____13_____ day of October, 2009.

_____
United States District Judge