UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DENNIS FREDERICK,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

CV 08-6094-TC

ORDER GRANTING UNOPPOSED
ATTORNEY FEES

COFFIN, Magistrate Judge:

Attorney fees in the amount of $10,043.75 are hereby awarded to plaintiff's attorneys pursuant to 42 U.S.C. Section 406(b). The court finds that this is a reasonable fee in the circumstances of this case and defendant does not oppose it. The court previously awarded plaintiff attorney fees in the amount of $7,499.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412.

When issuing the 406(b) check for payment to plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send plaintiff's attorneys the balance

Page 1 - ORDER

of $2,544.75 minus any applicable processing fees as allowed by statute.

IT IS SO ORDERED

DATED this __7__ day of __JUNE__ 2010.

_____
THOMAS M. COFFIN
United States Magistrate Judge

Page 2 - ORDER